Belk et. al
v.
Police Department et. al

Case No { 3:20-CV-00159-DWD

## Motion For Status of Case

Plaintiff Cameron Belk prays this honorable court hears his motion.

Plaintiff filed this case more than 1 year ago and has not seen any movement in this case.

Jail staff has been given the same trust fund verification forms for Cameron Belk, Demetrius Blue, and Christopher McNeal several times.

Plaintiff Belk has sought intervention for Christopher McNeal for approximately 1 year with no resolution!

Please provide status for this case and move case forward!

Plaintiff prays this honorable court will answer his motion expeditiously.

2-27-2021

Cameron Belk Sr.

Cristopher McNeal Sr. #466406
10 North 5th Street
Belleville, IL 62226

Legal Mail

U.S. District Court Clerk
750 Missouri Ave
East St Louis, IL 62201

SAINT LOUIS MO 630
2 MAR 2021 PM 6 L

MAIL CLEARED
US MARSHALS

Legal Mail



RECEIVED

MAR - 4 2021

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE